# MANDATE

E.D.N.Y.–Bklyn.
10-cv-3429
Weinstein, J.

## United States Court of Appeals

FOR THE

### SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of December, two thousand eleven,

Present:

Roger J. Miner,
José A. Cabranes,
Richard C. Wesley,
*Circuit Judges*.

———————————————————————

Michael Uvino,

*Petitioner-Appellant*,

v.                                                                    11-2347-pr

United States of America,

*Respondent-Appellee*.

———————————————————————

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-WF